IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CURT LEDBETTER,<br><br>*on behalf of himself and those similarly situated*<br><br>    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC.<br><br>    Defendant. | Case No.:  5:18-cv-05177-PKH<br><br>**JURY TRIAL DEMANDED** |

### APPLICATION OF MERYL W. ROPER TO APPEAR *PRO HAC VICE*

COMES NOW the affiant Meryl W. Roper and hereby files this Application to Appear *Pro Hac Vice* before this Honorable Court, in accordance with the Local Rule 83.5(d), and states as follows:

1. I am a Member in good standing of the State Bar of Georgia.  My bar number is #238919. See attached Exhibit A.

2. I designate Roger D. Rowe and Ralph D. Scott, III who are members of the Bar of the Eastern and Western District of Arkansas, as those whom the court and opposing counsel may readily communicate regarding the conduct of the case. Their address and telephone numbers are:

>Roger D. Rowe
>Ralph D. Scott III
>Lax, Vaughan, Fortson, Rowe, & Threet, P.A.
>11300 Cantrell Road, Suite 201
>Little Rock, AR 72212
>Phone: 501-376-6565
>Fax:  501-376-6666

       rrowe@laxvaughan.com
       tscott@laxvaughan.com

3. I have not been the subject of disciplinary actions in the last five years by the bar or courts of any jurisdiction in which I am licensed.

4. I have not been denied admission to the courts of any state or to any federal court during the last five years.

5. I am familiar with the Uniform Federal Rules of Disciplinary Enforcement, and I understand I am subject to and I will abide by those rules as long as this cause of action is pending.

6. My office address, telephone number and facsimile number are included below my signature herein.

WHEREFORE, for these reasons, Meryl W. Roper asks this Honorable Court to grant her leave to appear pro hac vice and allow her to appear before this Court until the conclusion of this cause of action

Respectfully submitted this 30th day of January, 2019.

       */s/ Meryl W. Roper*
       Meryl W. Roper
       King & Spalding LLP
       1180 Peachtree Street NE
       Atlanta, GA 30309
       Tel: 404-572-4600
       Fax: 404-572-5100
       mroper@kslaw.com

       */s/ Roger D. Rowe*
       Roger D. Rowe (85140)
       Ralph D. Scott III (2015127)
       Lax, Vaughan, Fortson, Rowe, & Threet, P.A.
       11300 Cantrell Road, Suite 201
       Little Rock, AR 72212
       Phone: 501-376-6565

rrowe@laxvaughan.com
tscott@laxvaughan.com

*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a true and correct copy of the foregoing via CM/ECF which will send notification of filing to the following attorneys of record:

> David A. Chami, AZ #027585
> Price Law Group, APC
> 8245 N. 85th Way
> Scottsdale, AZ  85258

DATED:  January 30, 2019.

                                                                     /s/ *Meryl W. Roper*
                                                                     Meryl W. Roper