# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CURT LEDBETTER**                                                                                          **PLAINTIFF**

## NO. 18-5177

**EQUIFAX INFORMATION SERVICES, LLC**                                    **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 31st day of October, 2019, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                  AT THE DIRECTION OF THE COURT

                                  DOUGLAS F. YOUNG, CLERK


                                  BY:  S. Cummings
                                              Deputy Clerk